IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cr-00218-RBJ | Date: April 26, 2016 | |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler | |
| Interpreter: | N/A | Probation: Paige Meador | |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | Peter A. McNeilly |
| v. | |
| 1. SCOTT DENIS FITZGERALD<br>**Defendant** | Matthew C. Golla |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**      8:30 a.m.

Appearances of counsel.

Defendant present in custody.

The Court preliminarily indicates it is inclined to grant the defendant's second objection.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [31] Objection to Presentence Investigation Report is **GRANTED IN PART and DENIED IN PART.**

[30] Defendant's Motion for a Non-Guideline Sentence and/or Downward Departure is **MOOT.**

[31] Government's Motion to Decrease Offense Level by One Additional Level Pursuant to U.S.S.G. §3E1.1(b) is **MOOT.**

**ORDERED:**  Defendant shall be **imprisoned** for **37 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado with the RDAP program.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:12 a.m.          Hearing concluded.          Total time:     00:42